

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff<br>vs.<br>LINDA CORINA SEGURA-CASTILLO<br>　　　　　　　　Defendant | CASE NO. 13CR3914-CAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: October 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE DAVID H. BARTICK
United States Magistrate Judge